In the Matter of PAUL GARVIN, Appellant, v COUNTY OF ERIE, Respondent.—Order unanimously affirmed without costs.

Memorandum: The court did not abuse its discretion in denying claimant's motion for leave to file a late notice of claim pursuant to General Municipal Law § 50-e (5). Claimant failed to prove that the County had actual notice of the incident upon which his claim is based (see, *Wencek v County of Chautauqua,* 132 AD2d 950, 951; cf., *Matter of Jakubowicz v Dunkirk Urban Renewal Agency,* 75 AD2d 1019), nor did he provide any excuse for the delay in filing his notice of claim (see, *Baehre v County of Erie,* 94 AD2d 943). (Appeal from Order of Supreme Court, Erie County, Joslin, J.—Late Notice of Claim.) Present—Denman, J. P., Boomer, Pine, Lawton and Davis, JJ.